Ruben WILSON, Appellant, v. STATE, Appellee.

No. 25420.

Court of Criminal Appeals of Texas.

Oct. 24, 1951.

Ross Hoffman, Brady, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Unlawfully selling whisky in a dry area is the offense; the punishment, $300 and forty-five days in jail.

The information in this case is subject to the same fatal defect as pointed out in Barnett v. State, Tex.Cr.App., 242 S.W.2d 885.

The judgment is reversed and prosecution ordered dismissed.

Opinion approved by the Court.

Ruben WILSON, Appellant, v. STATE of Texas, Appellee.

No. 25421.

Court of Criminal Appeals of Texas.

Oct. 24, 1951.

Ross Hoffman, Brady, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Unlawfully selling whisky in a dry area is the offense; the punishment, a fine of $250 and thirty days in jail.

The information in this case is subject to the same fatal defect as pointed out in Barnett v. State, Tex.Cr.App., 242 S.W.2d 885.

The judgment is reversed and prosecution ordered dismissed.

Opinion approved by the Court.

WILLIAMS v. STATE.

No. 25418.

Court of Criminal Appeals of Texas.

Oct. 24, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful possession of whiskey for the purpose of sale in a dry area; the penalty is a fine of $200.00.

In the absence of a proper notice of appeal in the record, this court is without jurisdiction to consider the same.

The appeal is therefore dismissed.